John BOWMAN, Employee–
Respondent,

v.

THOMAS INDUSTRIAL COATING,
Employer–Appellant,

and

St. Paul Fire & Marine,
Insurer–Appellant.

No. ED 78299.

Missouri Court of Appeals,
Eastern District,
Division Four.

April 10, 2001.

Robert W. Frayne, St. Louis, MO, for appellant.

Harry J. Nichols, St. Louis, MO, for respondent.

Before MOONEY, P.J., SIMON and SULLIVAN, JJ.

### ORDER

PER CURIAM.

Employer, Thomas Industrial Coatings, and Insurer, St. Paul Fire and Marine

maining allegations.

Insurance Company, appeal the Labor and Industrial Relations Commission's temporary or partial award received by Employee, John Bowman.

The order of the Labor and Industrial Relations Commission is supported by competent and substantial evidence on the whole record. A written opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion, for their information only, setting forth the facts and reasons for this order.

We affirm the order of the Labor and Industrial Relations Commission pursuant to Rule 84.16(b).